Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−15646−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector L. Izquierdo
   4 Wallace Lane
   Woodland Park, NJ 07424

Social Security No.:
   xxx−xx−4939

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/28/21 at 10:00 AM

to consider and act upon the following:

*29* − Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 4 Wallace Lane, Woodland Park, NJ 07424. Fee Amount $ 188. filed by Creditor SPECIALIZED LOAN SERVICING, LLC, Motion for Relief from Co−Debtor Stay of Victoria J Izquierdo) filed by Robert P. Saltzman on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 09/24/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert)

*31* − Objection to Certification of Default (related document:29 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 4 Wallace Lane, Woodland Park, NJ 07424. Fee Amount $ 188. filed by Creditor SPECIALIZED LOAN SERVICING, LLC, Motion for Relief from Co−Debtor Stay of Victoria J Izquierdo) filed by Robert P. Saltzman on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 09/24/2021. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) ( Saltzman, Robert) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Michael Schwartzberg on behalf of Hector L. Izquierdo. (Schwartzberg, Michael)

Dated: 9/23/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court