UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 106124B

Order Filed on November 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-15646-JKS

Hearing Date: October 28, 2021
Judge: John K. Sherwood

Chapter 13

In Re:

Hector L. Izquierdo

Recommended Local Form    ☒ Followed    __ Modified

# ORDER RESOLVING CERTIFICATION OF DEFAULT
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 16, 2021**

| | |
|---|---|
| Applicant: | Specialized Loan Servicing LLC |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Michael Schwartzberg, Esquire |
| Property Involved ("Collateral"): | 4 Wallace Lane, Woodland Park, NJ 07424 |
| Relief Sought: | ☒ Creditor's Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for four months, from July 1, 2021 to October 1, 2021.
    - ☒ The Debtor is overdue for four payments at $2,706.81 per month.
    - ☒ The amount of $394.51 remaining due from the July 8, 2021 Agreed Order.
    - ☒ Less suspense balance of $2,800.

    Total Arrearages Due $8,421.75.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Check No. 2046, in the amount of $3,100, is in transit to the Mortgagee.
    - ☒ The Debtor shall tender the November 1, 2021 payment by November 30, 2021.
    - ☒ The Debtor shall pay the arrears amount of $2,660.88 along with the December 1, 2021 payment in the amount of $2,706.81 for a total of $5,367.69 by December 31, 2021.
    - ☒ The Debtor shall pay the arrears amount of $2,660.87 along with the January 1, 2022 payment in the amount of $2,706.81 for a total of $5,367.68 by January 31, 2022.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Immediate payment and Regular monthly payments:

        Specialized Loan Servicing, LLC
        6200 S. Quebec St.
        Greenwood Village, Colorado 80111

4. In the event of Default:

⊠ If the Debtor does not make the immediate payment specified above or does not make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

⊠ The Applicant is awarded attorneys fees of $200.

The fees and costs are payable:

⊠ through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 20-15646-JKS

Hector L. Izquierdo                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hector L. Izquierdo, 4 Wallace Lane, Woodland Park, NJ 07424-2623 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Schwartzberg | on behalf of Debtor Hector L. Izquierdo michael@jerseylaws.com |
| Robert P. Saltzman | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Nov 17, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 6