| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>HECTOR L. IZQUIERDO | Case No.: 20-15646<br><br>Adv. No.:<br><br>Hearing Date: 04/28/2022<br><br>Judge: JKS |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/07/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
HECTOR L. IZQUIERDO
4 WALLACE LANE
WOODLAND PARK, NJ  07424
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHAEL SCHWARTZBERG
650 BLOOMFIELD AVENUE
SUITE 100
BLOOMFIELD, NJ  07003
Mode of Service:  ECF and/or Regular Mail

Dated:  March 07, 2022

By:  /S/  Jackie Michaels
Jackie Michaels