| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   HECTOR L. IZQUIERDO |

Order Filed on July 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-15646 JKS

Hearing Date:  7/28/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 29, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): HECTOR L. IZQUIERDO

Case No.: 20-15646

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/28/2022 on notice to MICHAEL SCHWARTZBERG, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,348.00 starting on 8/1/2022 for the remaining 33 month(s).