| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    HECTOR L. IZQUIERDO |

Order Filed on March 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-15646 JKS

Hearing Date:  3/9/2023

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 10, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): HECTOR L. IZQUIERDO

Case No.: 20-15646

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 03/09/2023 on notice to MICHAEL SCHWARTZBERG, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $5,166.00 to the Trustee's office by 3/31/2023 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 4/13/2023 at 10:00 AM.